## Russell *v.* Rarden.

APPEAL from the Circuit Court of Jefferson.

Tried before the Hon. A. A. COLEMAN.

No counsel marked as appearing for appellant.

JAMES E. WEBB, for appellee.

This was an action of assumpsit, brought by the appellee, J. W. Rarden, against the appellant, J. I. Russell, to recover an amount alleged to be due the plaintiff from the defendant on an account. From a judgment in favor of the plaintiff the defendant appeals.

The judgment is affirmed for want of assignment of errors.

Opinion PER CURIAM.